# NO. 12-14-00047-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***RESIDENTIAL CREDIT SOLUTIONS, INC., APPELLANT*** | *§* | ***APPEAL FROM THE 2ND*** |
| ***V.*** | *§* | ***JUDICIAL DISTRICT COURT*** |
| ***MELVIN L. WHITAKER AND ELIZABETH J. WHITAKER, APPELLEES*** | *§* | ***CHEROKEE COUNTY, TEXAS*** |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Residential Credit Solutions, Inc. (RCS) has filed a motion to dismiss this appeal. In its motion, RCS alleges that the issues in the appeal have been fully resolved, and that RCS and the appellees, Melvin L. Whitaker and Elizabeth J. Whitaker, agree that the appeal should be dismissed.

Because RCS has complied with Texas Rule of Appellate Procedure 42.1, we ***grant*** its motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered May 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 30, 2014**

**NO. 12-14-00047-CV**

**RESIDENTIAL CREDIT SOLUTIONS, INC.,**
Appellant
V.
**MELVIN L. WHITAKER AND ELIZABETH J. WHITAKER,**
Appellees

---

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 2013-10-0685)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*